No. 785. GORMAN ET AL., EXECUTORS, ET AL. *v.* SHAFFER OIL & REFINING CO. ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for

740.

the Tenth Circuit denied. *Mr. Wesley E. Disney* for petitioners. No appearance for respondents.